# 139th District Court of HIDALGO County, Texas
100 N. CLOSNER, 2ND FLOOR EDINBURG TX 78539

## CASE #: C-4581-24-C

JUANA CRUZ, ET AL.

*Plaintiff*
vs
DELIA GARZA A/K/A DELIA LUBIN, SOFIA LUBIN A/K/A SOFIA TREVINO LORENA LUBIN, ALEJANDRO TREVINO, JUAN GARZA

*Defendant*

### AFFIDAVIT OF SERVICE

**I, JOAN OWEN, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 12/05/24 11:39 am, instructing for same to be delivered upon LUBIN, LORENA.

That I delivered to: LUBIN, LORENA

| | |
|---|---|
| the following | : CITATION; PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION |
| at this address | : 13126 Spring Run<br>Helotes, Bexar County, TX 78023 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Tuesday DEC 10, 2024 4:04 pm |

My name is JOAN OWEN, my date of birth is MAY 11th, 1963, and my address is 2939 Mossrock Ste 280 San Antonio TX 78230 and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Bandera County, State of Texas, on the 11th day of December, 2024.

_____
JOAN OWEN                3210    Declarant
TX Certification#: PSC-6082 Exp. 12/31/2024

AX02A24B02801

Service Fee:   95.00   PCP Inv#: A24B02801
Witness Fee:     .00
Mileage Fee:     .00
Gonzalez, Ricardo

EXHIBIT
A

eaffidavits@pcpusa.net                                            E-FILE RETURN

C-4581-24-C
139TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION
THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**LORENA LUBIN**
**106 W. NOLANA LOOP**
**PHARR, TX 78577**
**OR WHEREVER THEY MAY BE FOUND**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' FIRST AMENDED ORIGINAL PETITON** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Bobby Flores, 139th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 1st day of October, 2024 and a copy of same accompanies this citation. The file number and style of said suit being C-4581-24-C, **JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQUEZ, MELESIO CRUZ, ANGELICA CHAVEZ, OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, LUIS ALBERTO ZUNIGA CASTILLO, RICARDO ESQUIVEL, RAFAEL SANCHEZ, ROSA QUINTANILLA, JOSE ELIAS NG, RICARDO GONZALO, CONCEPCION PEREZ, HECTOR SANCHEZ, MARIA DE LOURDES CRUZ, ROSENDO LIEVANOS, ELIZABETH LARA, MIGUEL CABALLERO SANCHEZ, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO RUIZ, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, GUILLERMO DE LA CRUZ MENDOZA VS. DELIA GARZA, SOFIA LUBIN, LORENA LUBIN, ALEJANDRO TREVINO, JUAN GARZA**

Said Petition was filed in said court by Attorney RICARDO GONZALEZ; 124 S. 12TH AVE. EDINBURG, TX 78539.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 16th day of October, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**BIANCA GONZALEZ, DEPUTY CLERK**

# C-4581-24-C
# OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
|  |  |  |  |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        Miles ....................$_____

_____
**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas
Date of Expiration / PSC Number**

# 139th District Court of HIDALGO County, Texas
100 N. CLOSNER, 2ND FLOOR EDINBURG TX 78539

## CASE #: C-4581-24-C

JUANA CRUZ, ET AL.

*Plaintiff*
vs
DELIA GARZA A/K/A DELIA LUBIN, SOFIA LUBIN A/K/A SOFIA TREVINO LORENA LUBIN, ALEJANDRO TREVINO, JUAN GARZA

*Defendant*

### AFFIDAVIT OF SERVICE

**I, JOAN OWEN, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 12/05/24 11:38 am, instructing for same to be delivered upon LUBIN, SOFIA A/K/A SOFIA TREVINO.

That I delivered to: LUBIN, SOFIA A/K/A SOFIA TREVINO

the following          : CITATION; PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION

at this address       : 16119 Ponderosa Pass
                        Helotes, Bexar County, TX 78023

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on         : Tuesday DEC 10, 2024 4:04 pm


My name is JOAN OWEN, my date of birth is MAY 11th, 1963, and my address is 2939 Mossrock Ste 280 San Antonio TX 78230 and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Bandera County, State of Texas, on the 11th day of December, 2024.

_____
JOAN OWEN                    3210    Declarant
TX Certification#: PSC-6082 Exp. 12/31/2024


AX02A24B03110

Service Fee: 190.00  PCP Inv#: A24B03110
Witness Fee:     .00
Mileage Fee:     .00
Gonzalez, Ricardo

eaffidavits@pcpusa.net                                    E-FILE RETURN

C-4581-24-C
**139TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

## CITATION
## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**SOFIA LUBIN A/K/A SOFIA TREVINO**
**106 W. NOLANA LOOP**
**PHARR, TX 78577**
**OR WHEREVER THEY MAY BE FOUND**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' FIRST AMENDED ORIGINAL PETITON** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Bobby Flores, 139th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 1st day of October, 2024 and a copy of same accompanies this citation. The file number and style of said suit being C-4581-24-C, **JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQUEZ, MELESIO CRUZ, ANGELICA CHAVEZ, OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, LUIS ALBERTO ZUNIGA CASTILLO, RICARDO ESQUIVEL, RAFAEL SANCHEZ, ROSA QUINTANILLA, JOSE ELIAS NG, RICARDO GONZALO, CONCEPCION PEREZ, HECTOR SANCHEZ, MARIA DE LOURDES CRUZ, ROSENDO LIEVANOS, ELIZABETH LARA, MIGUEL CABALLERO SANCHEZ, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO RUIZ, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, GUILLERMO DE LA CRUZ MENDOZA VS. DELIA GARZA, SOFIA LUBIN, LORENA LUBIN, ALEJANDRO TREVINO, JUAN GARZA**

Said Petition was filed in said court by Attorney RICARDO GONZALEZ, 124 S. 12TH AVE. EDINBURG, TX 78539.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 19th day of November, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**VALERIE MORENO, DEPUTY CLERK**

C-4581-24-C
## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
|  |  |  |  |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas
Date of Expiration / PSC Number**