Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                                              Location : All Courts   Images

## REGISTER OF ACTIONS
### CASE NO. C-4581-24-C

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQUEZ, MELESIO CRUZ, ANGELICA CHAVEZ, OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, LUIS ALBERTO ZUNIGA CASTILLO, RICARDO ESQUIVEL, RAFAEL SANCHEZ, ROSA QUINTANILLA, JOSE ELIAS NG, RICARDO GONZALO, CONCEPCION PEREZ, HECTOR SANCHEZ, MARIA DE LOURDES CRUZ, ROSENDO LIEVANOS, ELIZABETH LARA, MIGUEL CABALLERO SANCHEZ, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO RUIZ, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, GUILLERMO DE LA CRUZ MENDOZA VS. DELIA GARZA, SOFIA LUBIN, LORENA LUBIN, ALEJANDRO TREVINO, JUAN GARZA | Case Type:  **All Other Civil Cases (OCA)**<br>Date Filed:  **10/01/2024**<br>Location:  **139th District Court** |

§<br>§<br>§<br>§<br>§<br>§

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **GARZA, DELIA** | |
| **Defendant** | **GARZA, JUAN** | |
| **Defendant** | **LUBIN, LORENA** | **William R. Stukenberg**<br>*Retained*<br>713-650-0404(W)<br><br>STEPHEN J. QUEZADA<br>*Retained*<br>713-655-0855(W) |
| **Defendant** | **LUBIN, SOFIA** | **William R. Stukenberg**<br>*Retained*<br>713-650-0404(W)<br><br>STEPHEN J. QUEZADA<br>*Retained*<br>713-655-0855(W) |
| **Defendant** | **TREVINO, ALEJANDRO** | |
| **Plaintiff** | **BENAVIDES, OFELIA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **CABALLERO SANCHEZ, MIGUEL** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **CASTRO, ALICE FERNANDA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |

**EXHIBIT**

**E**

| | | |
|---|---|---|
| **Plaintiff** | **CHAVEZ, ANGELICA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **CRUZ MENDOZA, GUILLERMO DE LA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **CRUZ, JUANA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **CRUZ, MARIA DE LOURDES** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **CRUZ, MELESIO** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **DE LLANO, ARMANDO MORALES** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **ESQUIVEL, RICARDO** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **GARCIA, LAZARO** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |

| Plaintiff | GONZALEZ, HECTOR | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
|---|---|---|
| Plaintiff | GONZALO, RICARDO | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | LARA, ELIZABETH | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | LIEVANOS, ROSENDO | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | LOPEZ, CARLOS DANIEL | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | MAULEON, JORGE | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | MEDINA, KARINA | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | MEDINA, MARIA DE JESUS | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |

| | | |
|---|---|---|
| **Plaintiff** | **NG, JOSE ELIAS** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **PEREZ MARTINEZ, YESSY** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **PEREZ, CONCEPCION** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **PEREZ, OLGA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **QUINTANILLA, ROSA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **RIVAS, GILDA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **RIVERA, RAFAELA** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| **Plaintiff** | **RUIZ, GUILLERMO** | **RICARDO GONZALEZ**<br>*Retained*<br>956-383-5654(W) |
| | | RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |

| Plaintiff | SANCHEZ, HECTOR | RICARDO GONZALEZ<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
|---|---|---|
| Plaintiff | SANCHEZ, MAURICIO | RICARDO GONZALEZ<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | SANCHEZ, RAFAEL | RICARDO GONZALEZ<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | VELAZQUEZ, GABRIELA | RICARDO GONZALEZ<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | VILLARREAL SILVA, MARIA GUADALUPE | RICARDO GONZALEZ<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |
| Plaintiff | ZUNIGA CASTILLO, LUIS ALBERTO | RICARDO GONZALEZ<br>*Retained*<br>956-383-5654(W)<br><br>RICHARD R ALAMIA<br>*Retained*<br>956-381-5766(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 10/01/2024 | **Original Petition (OCA)** |
| 10/03/2024 | **No Service Requested**<br>*ATTORNEY CALLED STATING THEY WILL BE FILING AN AMENDED PETITION* |
| 10/03/2024 | **Appearance of Counsel** |
| 10/04/2024 | **Amended Petition** |
| 10/16/2024 | **Citation**<br>GARZA, DELIA — Unserved<br>LUBIN, SOFIA — Unserved<br>LUBIN, LORENA — Served 12/11/2024, Returned 12/12/2024<br>TREVINO, ALEJANDRO — Unserved<br>GARZA, JUAN — Unserved |
| 10/16/2024 | **Citation Issued** |
| 11/19/2024 | **Citation**<br>*REISSUE*<br>LUBIN, SOFIA — Served 12/11/2024 |

| | | | |
|---|---|---|---|
| | | Returned | 12/12/2024 |
| 11/19/2024 | **Citation Issued** | | |
| | *REISSUED* | | |
| 01/03/2025 | **Defendant's Original Answer** | | |
| | *TO PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION* | | |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** CRUZ, JUANA | | |
| | Total Financial Assessment | | 390.00 |
| | Total Payments and Credits | | 390.00 |
| | **Balance Due as of 01/08/2025** | | **0.00** |
| 10/01/2024 | Transaction Assessment | | 390.00 |
| 10/01/2024 | EFile Payments from TexFile | Receipt # DC-2024-016847 | CRUZ, JUANA | (253.00) |
| 10/01/2024 | State Credit | | (137.00) |