**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| **JUANA CRUZ,** § <br> **OFELIA BENAVIDES,** § <br> **JOSE ELIAS NG,** § <br> **GABRIELA VELAZQUEZ,** § <br> **RICARDO GONZALO,** § <br> **MELESIO CRUZ,** § <br> **ANGELICA CHAVEZ,** § <br> **CONCEPCION PEREZ,** § <br> **OLGA PEREZ,** § <br> **MAURICO SANCHEZ,** § <br> **JORGE MAULEON,** § <br> **HECTOR SANCHEZ,** § <br> **HECTOR GONZALEZ,** § <br> **YESSY PEREZ MARTINEZ,** § <br> **MARIA DE LOURDES CRUZ,** § <br> **RESENDO LIEVANOS,** § <br> **ELIZABETH LARA,** § <br> **LUIS ALBERTO ZUNIGA CASTILLO,** § <br> **MIGUEL CABALLERO SANCHEZ,** § <br> **GUILLERMO DE LA CRUZ MENDOZA,** § <br> **CARLOS DANIEL LOPEZ, GILDA RIVAS,** § <br> **ARMANDO MORALES DE LLANO,** § <br> **LAZARO GARCIA,** § <br> **MARIA DE JESUS MEDINA,** § <br> **RICARDO ESQUIVEL,** § <br> **RAFAEL SANCHEZ,** § <br> **GUILLERMO RUIZ,** § <br> **ROSA QUINTANILLA,** § <br> **MARIA GUADALUPE VILLARREAL** § <br> **SILVA, KARINA MEDINA,** § <br> **RAFAELA RIVERA, ALICE FERNANDA** § <br> **CASTRO, ALEJANDRO RANGEL,** § <br> **GERALD WENDLE, III, MARIA VANTA,** § <br> **AND MARIA RODRIGUEZ,** § <br> **INDIVIDUALLY,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **DELIA GARZA A/K/A DELIA LUBIN,** § <br> **SOFIA LUBIN A/KA SOFIA TREVINO,** § <br> **LORENA LUBIN, ALEJANDRO** § <br> **TREVINO, AND JUAN GARZA,** § <br> § <br> Defendants. § | **CASE NO.** 7:25-CV-00015 |

**INDEX OF MATTERS BEING FILED**

EXHIBIT F

1

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action:

1. Copies of State Court Pleadings:

    a. Copy of the State Court Docket Sheet;

    b. Copy of Plaintiffs' First Amended Original Petition;

    c. Copy of Defendants Sofia Lubin and Lorena Lubin's Original Answer;

    d. Copy of executed process;

2. This Index of Matters Being Filed; and

3. A list of Counsel, including addresses, telephone numbers, and parties represented.

The state court has not signed any orders in this case.

3

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ William R. Stukenberg*
William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
wstukenberg@porterhedges.com
Lorena D. Valle
lvalle@porterhedges.com
State Bar No. 24131729
1000 Main Street, 36th Floor
Houston, Texas 77002-6341
(713) 226-6000 (phone)
(713) 228-1331 (fax)

and

Stephen J. Quezada, Of Counsel
State Bar No. 24076195
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Ste 2100
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)

**ATTORNEYS FOR DEFENDANTS SOFIA LUBIN AND LORENA LUBIN**