# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS NG, GABRIELA VELAZQUEZ, RICARDO GONZALO, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SANCHEZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICARDO ESQUIVEL, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, ALEJANDRO RANGEL, GERALD WENDLE, III, MARIA VANTA, AND MARIA RODRIGUEZ, INDIVIDUALLY, <br><br>**Plaintiffs,** <br><br> v. <br><br> DELIA GARZA A/K/A DELIA LUBIN, SOFIA LUBIN A/KA SOFIA TREVINO, LORENA LUBIN, ALEJANDRO TREVINO, AND JUAN GARZA, <br><br>**Defendants.** | CASE NO. 7:25-CV-00015 |

### LIST OF ALL COUNSEL OF RECORD

1

17022687

**EXHIBIT G**

1. **COUNSEL FOR PLAINTIFFS**

    Ricardo Gonzalez
    **Oxford & Gonzalez**
    124 S. 12th Ave.
    Edinburg, Texas 78539
    Phone: (956) 383-5654
    Email: ric@oxfordgonzalez.com

    Richard Rene Alamia
    **Richard R. Alamia Attorney at Law**
    619 S. 12th Ave.
    Edinburg, Texas 78539
    Phone: (956) 381-5766
    Email: richard.alamia@yahoo.com

2. **COUNSEL FOR DEFENDANTS SOFIA LUBIN AND LORENA LUBIN**

    William R. Stukenberg, Attorney-in-Charge
    Lorena D. Valle
    **Porter Hedges LLP**
    1000 Main St., 36th Floor
    Houston, Texas 77007
    Phone: (713) 226-6611
    WStukenberg@porterhedges.com
    LValle@porterhedges.com

    Stephen J. Quezada, Of Counsel
    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    500 Dallas St., Ste 2100
    Houston, Texas 77002
    Phone: (713) 655-5757
    Email: stephen.quezada@ogletree.com

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ William R. Stukenberg*
William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
wstukenberg@porterhedges.com
Lorena D. Valle
lvalle@porterhedges.com
State Bar No. 24131729
1000 Main Street, 36th Floor
Houston, Texas 77002-6341
(713) 226-6611 (phone)
(713) 228-1331 (fax)

and

Stephen J. Quezada, Of Counsel
State Bar No. 24076195
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Ste 2100
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)

**ATTORNEYS FOR DEFENDANTS SOFIA LUBIN AND LORENA LUBIN**