IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS NG, GABRIELA VELAZQUEZ, RICARDO GONZALO, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SANCHEZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICARDO ESQUIVEL, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, ALEJANDRO RANGEL, GERALD WENDLE, III, MARIA VANTA, AND MARIA RODRIGUEZ, INDIVIDUALLY,<br>      Plaintiffs,<br><br>v.<br><br>DELIA GARZA A/K/A DELIA LUBIN, SOFIA LUBIN A/KA SOFIA TREVINO, LORENA LUBIN, ALEJANDRO TREVINO, AND JUAN GARZA,<br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CASE NO. 7:25-CV-00015 |

**DEFENDANTS' NOTICE TO THE COURT OF A RELATED ACTION**

TO THE HONORABLE COURT:

      This Notice is to inform the Court that Case No. 7:23-CV-00343, *Juana Cruz, et al. v. Delgar Foods, LLC*, currently pending before United States Magistrate Judge Peter Bray in the United States District Court for the Southern District of Texas, McAllen Division is related to the

1

17033168

above-captioned matter. The above-captioned matter and Cause No. 7:23-CV-00343 share common questions of law or fact that make consolidation proper. Additionally, Defendants Sofia Lubin and Lorena Lubin (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 42, intend to promptly move to consolidate the matters. The Defendants are currently preparing the papers necessary to file the motion to consolidate and it will be submitted soon as practicable.

Dated: January 9, 2024

Respectfully submitted,

**PORTER HEDGES LLP**

By: /s/ Lorena D. Valle
William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
wstukenberg@porterhedges.com
Lorena D. Valle
lvalle@porterhedges.com
State Bar No. 24131729
1000 Main Street, 36th Floor
Houston, Texas 77002-6341
(713) 226-6000 (phone)
(713) 228-1331 (fax)

and

Stephen J. Quezada, Of Counsel
State Bar No. 24076195
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Ste 2100
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)

**ATTORNEYS FOR DEFENDANTS
SOFIA LUBIN AND LORENA LUBIN**

17033168

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below through the court's efiling system on the 9th day of January 2025.

Ricardo Gonzalez
Oxford & Gonzalez
124 S. 12th Avenue
Edinburg, TX 78539
ric@oxfordgonzalez.com

Richard Alamia
619 S. 12th Ave.
Edinburg, TX 78539
Richard.Alamia@yahoo.com

                                                */s/ Lorena D. Valle*
                                                 Lorena D. Valle

17033168