AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| JUANA CRUZ, ET AL. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:25-cv-00015 |
| DELIA GARZA A/K/A DELIA LUBIN, ET AL | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELIA GARZA A/K/A DELIA LUBIN
106 W. NOLANA LOOP
PHARR, TX 78577,
Or wherever she may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RICARDO GONZALEZ
OXFORD & GONZALEZ
124 S. 12TH AVENUE
EDINBURG, TX 78539
(956) 383-5654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 27, 2025

*s/ Jennifer Nogueira*
*Signature of Clerk or Deputy Clerk*

EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-00015

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Delia Garza Delia Lubin
was received by me on *(date)* 2-27-28  11:00 Am

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Blanca Sierra (HR Director), who is
designated by law to accept service of process on behalf of *(name of organization)* Delia's Tamales
1:15 pm on *(date)* 2-28-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ —  for travel and $ — for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-28-25

*Server's signature*

Ramiro Rodriguez Process Server
*Printed name and title*

**CIVIL PROCESSING**
**RAMIRO RODRIGUEZ**
P.O. BOX 1873
EDINBURG, TX 78540
(956) 378-5525

Additional information regarding attempted service, etc: