United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| Juana Cruz, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action M-25-15 |
| | § | |
| Delia Garza a/k/a Delia Lubin, et al., | § | |
|     *Defendants*. | § | |

## ORDER

Pending before the court is Plaintiffs' Motion for Leave to File First Amended Petition. ECF No. 20. The certificate of conference attached to the motion does not state whether Defendants are opposed. By April 7, 2025, the parties shall file an amended certificate of conference indicating Defendants' position on the motion.

Signed at Houston, Texas, on April 2, 2025.

_____
Peter Bray
United States Magistrate Judge