UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, ET AL. | § § § | |
| VS. | § § § | Civil Action 7:25-cv-00015<br>JURY DEMANDED |
| DELIA GARZA A/K/A DELIA LUBIN, ET AL. | § § § | |

## AMENDED CERTIFICATE OF CONFERENCE

I certify that on the 3rd day of April, 2025, I and my staff communicated with opposing counsel via an email as to their position on *Plaintiff's Motion for Leave to File First Amended Petition [ECF No. 20]*, and they are unopposed to this Motion.

        */s/ Ricardo Gonzalez*
RICARDO GONZALEZ
State Bar No. 08131490
U.S.D.C. No. 6152
OXFORD & GONZALEZ
124 S. 12th Ave.
Edinburg, TX. 78539
Phone: (956) 383-5654
Fax: (956) 381-0002
E-mail: ric@oxfordgonzalez.com

Richard Rene Alamia
Richard R. Alamia Attorney at Law
619 S. 12th Ave.(Main Office) 78539
Edinburg, TX 78539
Phone: (956) 381-5766
Fax: (956) 381-5774
E-mail: richard.alamia@yahoo.com

## **CERTIFICATE OF SERVICE**

This is to certify that on April 4, 2025, a true and correct copy of this document was served upon all interested parties via CM/ECF to the following:

Lorena Valle
ivalle@porterhedges.com
lalaniz@porterhedges.com

William Stukenberg
wstukenberg@porterhedges.com

Stephen Quezada
Stephen.quezada@ogletree.com

                                                 */s/ Ricardo Gonzalez*
                                                 RICARDO GONZALEZ