Case 7:25-cv-00015   Document 24   Filed on 04/04/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Juana Cruz, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action M-25-15 |
| | § | |
| Delia Garza a/k/a Delia Lubin, et al., | § | |
|     *Defendants*. | § | |

# ORDER

Plaintiffs' Motion for Leave to File First Amended Petition, ECF No. 20, is **GRANTED**. The clerk's office shall file Exhibit A to ECF No. 20 (ECF No. 20 at 5–21) as Plaintiffs' First Amended Complaint.

The court reminds the parties to comply with Local Rule 7.1C and file a "separate proposed order granting the relief requested and setting forth information sufficient to communicate the nature of the relief granted." Failure to comply may result in future pleadings being stricken from the record with no further warning.

Signed at Houston, Texas, on April 4, 2025.

_____
Peter Bray
United States Magistrate Judge