Cause No. 7:25-cv-00015

| | | |
|---|---|---|
| JUANA CRUZ | § | |
| VS | § | |
| DELIA GARZA LUBIN | § | |
| | § | CIVIL ACTION NO. 7:25-CV-00015 |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | HIDALGO COUNTY, TEXAS |

### AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned authority, on this day personally appeared RAMIRO RODRIGUEZ, who being by me duly sworn, upon oath deposes and says:

"I have attempted to deliver a true copy of the summons and petition in the above-styled and numbered cause within the named Respondent at the address indicated on the summons and petition:
I made several attempts to serve DELIA GARZA LUBIN at the address shown in the summons, and have been unsuccessful.

05/09/25 12:15 pm, I went to the address shown, and no one was home. I left a business card to call me.
05/16/25 5:35 pm, I made another attempt at the address provided, and the daughter, Laura, stated that Delia lives in San Antonio.
06/10/25, 4:30 pm, Made an attempt at 106 Nolana Loop, San Juan, TX, and the receptionist mentioned Delia was not in.

For the aforementioned reasons, I have not been able to personally serve with summons and petition to DELIA GARZA LUBIN on file in this cause."

_____
Ramiro Rodriguez
Private Process Server PSC# 5617

SUBSCRIBED AND SWORN TO BEFORE ME by the said Ramiro Rodriguez, on this 2nd day of July, 2025, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

BLANCA IRIS GUERRA
Notary Public, State of Texas
Comm. Expires 12-10-2025
Notary ID 6238706