United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, ET AL<br>*Plaintiffs*<br>v.<br>DELGAR FOODS, INC D/B/A/<br>DELIA'S TAMALES<br>*Defendants.* | § § § § § § § | Civil Action 7:25-CV-00015<br>**JURY DEMANDED** |

### ORDER FOR SUBSTITUTED SERVICE OF PROCESS

On the motion of the **JUANA CRUZ, ET AL,** the service of summons with the complaint shall be (a) securely posting the summons and complaint on the front door of Lubin's usual place of abode at 106 Nolana Loop. San Juan, Texas 78589 or by leaving it with someone 21 years of age or older, and (b) by sending it regular mail to Lubin.

Signed  July 3 , 2025

*[signature]* U.S.M.J.

United States Southern ~~District~~ Judge
Magistrate