AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| JUANA CRUZ, ET AL. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:25-cv-00015 |
| DELIA GARZA A/K/A DELIA LUBIN, ET AL | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   DELIA GARZA A/K/A DELIA LUBIN
**106 Nolana Loop
San Juan, Texas 78589**
Or wherever she may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RICARDO GONZALEZ
OXFORD & GONZALEZ
124 S. 12TH AVENUE
EDINBURG, TX 78539
(956) 383-5654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: July 3, 2025

*s/ Karen Lopez*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-00015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Delia Garza, Delia Lubin
was received by me on *(date)* 7-3-25 4:15pm

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Blanca Sierra, who is designated by law to accept service of process on behalf of *(name of organization)* H-R, Delia's Tamales on *(date)* 7-7-25 11am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-7-25

Ramiro Rocha
*Server's signature*

Process Server, Ramiro Rodriguez
PSC#S617 8/2026
*Printed name and title*

P.O. Box 1873, Edinburg, Tx 78540
*Server's address*

Additional information regarding attempted service, etc:

**CIVIL PROCESSING**
RAMIRO RODRIGUEZ
P.O. BOX 1873
EDINBURG, TX 78540
(956) 378-5525