**Richard R. Alamia**
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
www.alamia.lawyer
Richard.Alamia@yahoo.com

I.  Practicing Law since November of '78

II. Experience:

   I started my law practice in 1978. My practice includes criminal law (State & Federal Courts), family law, real estate, civil law, & immigration

   Been practicing law for over 46 years. Federal law for over 40 years.

   I was former City Attorney for the City of Edinburg, City of Edcouch and the City of Alamo.

   As City Attorney, I handled all contracts, including document review contracts, personnel issues, employment contracts, employees' grievances and worker's compensation laws. Also, knowledgeable on the sales tax authority under Sec. 4A and 4B.

III. Litigation Experience

   I have over 42 years of trial experience in Federal as well as State Court. I handle all trial work, including lease disputes as well as Landlord/Tenant issues.

IV. Over 35 years of real estate experience from transactions to electronic document review.

V.  Education:

   Drs. Jurisprudence St. Mary's University, San Antonio, Texas 1977
   Master of Education Pan American University 1973
   B.A. in History & Govt. Pan American University 1969

Respectfully submitted,
/s/Richard Alamia
