**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JUANA CRUZ, ET AL.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO.: 7:25-CV-00015** |
| | § | |
| | § | **RELATED ACTION:** |
| | § | **CASE NO.: 7:23-CV-00343** |
| | § | |
| **DELIA GARZA A/K/A DELIA LUBIN,** | § | |
| **ET AL.,** | § | |
| **Defendants.** | § | |

**JOINT STATUS REPORT REGARDING THE STATUS OF SERVICE ON DELIA
LUBIN AND DELIA LUBIN'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE**

Pursuant to the Court's Order [ECF No. 48], Plaintiffs Juana Cruz, *et al.*, and Defendants Delia Garza a/k/a Delia Lubin, Sofia Lubin, and Lorena Lubin ("Defendants") provide the following joint status report to inform the Court that Delia Lubin's Motion to Dismiss for Insufficient Service [ECF No. 19] is moot.

On March 21, 2025, Delia Lubin filed a Motion to Dismiss for Insufficient Service. ECF No. 19. On July 3, 2025, the court allowed substituted service on Delia Lubin and ordered that it be completed by July 11, 2025. ECF No. 38. On July 8, 2025, Plaintiffs filed proof of service on Delia Lubin. ECF No. 41. On July 28, 2025, Delia Lubin filed a Motion to Dismiss Plaintiffs' Claims Pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 43. As such, the parties inform the court that Delia Lubin's current pending Motion to Dismiss for Insufficient Service [ECF No. 19] is moot.

1

Dated: October 8, 2025

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ William R. Stukenberg*
William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
wstukenberg@porterhedges.com
Lorena D. Valle
lvalle@porterhedges.com
State Bar No. 24131729
1000 Main Street, 36th Floor
Houston, Texas  77002-6341
(713) 226-6000 (phone)
(713) 228-1331 (fax)

and

Stephen J. Quezada, Of Counsel
State Bar No. 24076195
**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**
500 Dallas St., Ste 3000
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)
**Attorneys for Defendants Delia Lubin, Sofia
Lubin, and Lorena Lubin**

By: */s/ Ricardo Gonzalez (by permission)*
Ricardo Gonzalez
State Bar No. 08131490
Oxford & Gonzalez
124 S. 12th Ave.
Edinburg, TX 78539
Phone: (956) 383-5654
Fax: (956) 381-0002
E-mail: ric@oxfordgonzalez.com

Richard Rene Alamia
Richard R. Alamia Attorney at Law
619 S. 12th Ave. (Main Office) 78539
Edinburg, TX 78539
Phone: (956)381-5766
Fax: (956) 381-5774
Email: Richard.alamia@yahoo.com
**Attorneys for Plaintiffs Juana Cruz, *et al.***

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this document was served on all counsel of record via this Court's electronic filing and notice system on October 8, 2025.


*/s/ Lorena D. Valle*
Lorena D. Valle