United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| Juana Cruz, et al, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action M-25-0015 |
| | § | |
| Delia Garza, et al, | § | |
|     *Defendant.* | § | |

## ORDER

The court understands that this case has settled.

The Parties are **ORDERED** to file appropriate dismissal documents disposing of this action with this Court by March 4, 2026. Should the Parties fail to timely file such documents with this Court, they are **ORDERED** to appear on March 6, 2026, at 10:00 a.m. by video to explain why they have failed to comply with this Order.

It is further **ORDERED** that all other settings are canceled, and all pending motions are denied without prejudice as moot.

Signed at Houston, Texas, on February 4, 2026.

_____
Peter Bray
United States Magistrate Judge