Case 7:25-cv-00015   Document 68   Filed 03/06/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS NG, GABRIELA VELAZQUEZ, RICARDO GONZALO, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SANCHEZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICARDO ESQUIVEL, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, ALEJANDRO RANGEL, GERALD WENDLE, III, MARIA VANTA, AND MARIA RODRIGUEZ, INDIVIDUALLY, | § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | **CASE NO. 7:25-CV-00015** |
| v. | § | |
| DELIA GARZA A/K/A DELIA LUBIN, SOFIA LUBIN A/K/A SOFIA TREVINO, LORENA LUBIN, ALEJANDRO TREVINO, AND JUAN GARZA, | § § § § § | |
| Defendants. | § | |

**<u>ORDER GRANTING JOINT STIPULATION OF DISMISSAL</u>**

Pending before this Court are Plaintiffs, Juana Cruz, Ofelia Benavides, Jose Elias N.G., Gabriela Velaquez, Ricardo Gonzalez, Melesio Cruz, Angelica Chavez, Concepcion Perez, Olga Perez, Maurico Saenz, Jorge Mauleon, Hector Sanchez, Hector Gonzalez, Yessy Perez Martinez, Maria de Lourdes Cruz, Resendo Lievanos, Elizabeth Lara, Luis Alberto Zuniga Castillo, Miguel

1

Caballero Sanchez, Guillermo de la Cruz Mendoza, Carlos Daniel Lopez, Gilda Rivas, Armando Morales de Llano, Lazaro Garcia, Maria de Jesus Medina, Richardo Esquivel, Rafael Sanchez, Guillermo Ruiz, Rosa Quintanilla, Maria Guadalupe Villarreal Silva, Karina Medina, Rafaela Rivera, Alice Fernanda Castro, Alejandro Rangel, Gerald Wendle, III, Maria Vanta, and Maria Rodriguez, Individually, (jointly, "<u>Plaintiffs</u>") and Defendants, Delia Garza a/k/a Delia Lubin, Sofia Lubin a/k/a Sofia Trevino, Lorena Lubin, Alejandro Trevino and Juan Garza (collectively "Defendants") Joint Stipulation of Dismissal.

After considering the Stipulation, together with the record and applicable law, the Court makes the following rulings:

It is **ORDERED** that, for the reasons set forth therein, the Stipulation is **GRANTED**.

It is **FURTHER ORDERED** that the above styled matter is **DISMISSIED WITH PREJUDICE** to re-filing the same.

It is **FURTHER ORDERED** that each Party shall bear its own attorneys' fees and costs.

Signed and entered this 6th day of March, 2026.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE